**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **FRANCISCO TORRES,** | ) | **CASE NO. 8:08CV244** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER TO PROCEED** |
| | ) | **IN FORMA PAUPERIS** |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Francisco Torres, the Plaintiff, has submitted a Motion to Proceed In Forma Pauperis together with his affidavit in support of the motion.  Based on a review of the motion and affidavit, the Court finds that payment of any fees and the posting of any bond should be waived, and the Plaintiff should be permitted to proceed in forma pauperis. Accordingly,

IT IS  ORDERED:

1.    Plaintiff's motion to proceed in forma pauperis (Filing No. 2) is granted, and payment of costs and fees is not required for the filing of the appeal;

2.    If requested to do so, the United States Marshal shall serve all process in this case without prepayment of fees from the Plaintiff.  In making such a request, Plaintiff's counsel must complete the Marshal's Form 285, to be submitted to the Marshal with the completed summons forms and copies of the Complaint; and

3.    This Order is entered without prejudice to the Court later entering an order taxing costs in this case.  No one, including the Plaintiff, is relieved by this

Order from the obligation to pay or to reimburse taxable costs after the

completion of this action.

Dated this 16th day of June, 2008.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge