**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **FRANCISCO TORRES,** | ) | **CASE NO. 8:08CV244** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion regarding the Plaintiff's filing of his Response to Order to Show Cause (Filing No. 9). Rule 4(i) of the Federal Rules of Civil Procedure addresses the requirements of serving the United States and its Agencies, Corporations, Officers, or Employees. It does not appear that the United States Attorney for the District of Nebraska or the United States Attorney General was properly served by the Plaintiff with a copy of the summons and of the complaint as required by Fed. R. Civ. P. 4(i). The Plaintiff is directed to comply with the service requirement of Fed. R. Civ. P. 4(i) and file proof of such service.

Accordingly,

IT IS ORDERED:

1. Plaintiff shall comply with the service requirements set forth in Fed. R. Civ. P. 4(i) and file proof of the same with the Court on or before November 21, 2008; and

2. Failure to comply with this order may result in the dismissal of this action.

DATED this 5th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge