IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FRANCISCO TORRES,** | ) CASE NO. 8:08CV244 |
| ) | |
| **Plaintiff,** | ) |
| ) | |
| v. | ) **ORDER** |
| ) | |
| **MICHAEL J. ASTRUE, as** | ) |
| **Commissioner of the Social Security** | ) |
| **Administration,** | ) |
| ) | |
| **Defendant.** | ) |

This matter is before the Court on the Plaintiff's Motion to Extend (Filing No. 19). The Plaintiff requests an extension of the January 9, 2009 deadline to file his initial brief for the reason that a supplemental transcript was filed by the Defendant on January 8, 2009. Counsel for the Defendant has informed the Court that Defendant does not oppose Plaintiff's motion.

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 19) is granted;

2. The Plaintiff shall file his brief in support of his appeal on or before February 9, 2009; and

3. The Defendant shall file his responsive brief on or before March 12, 2009.

DATED this 9th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge