IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANCISCO TORRES,** | ) | **CASE NO. 8:08CV244** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 26). The Defendant requests a continuance from March 12, 2009, until April 13, 2009. The Court previously granted the Plaintiff additional time to file his brief (Filing No. 21). The Court finds that the Defendant's motion should be granted.

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time (Filing No. 26) is granted;

2. The Defendant shall file his responsive brief on or before April 13, 2009; and

3. This case will be ripe for decision on April 14, 2009.

DATED this 11th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge