**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **FRANCISCO TORRES,** | ) | **CASE NO. 8:08CV244** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's motion to extend the date to file a reply brief (Filing No. 29).

The briefing schedule does not contemplate reply briefs and states that the case is ripe once the Defendant's brief is submitted. (Filing No. 17.) Therefore, the motion is denied.

IT IS ORDERED that the Plaintiff's motion to extend the date to file a reply brief (Filing No. 29) is denied.

DATED this 20th day of April, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge