# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANCISCO TORRES,** | ) | **CASE NO. 8:08CV244** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Extension of Time (Filing No. 37) to respond to Plaintiff's Motion for Attorneys' Fees under 42 U.S.C. § 406(b) (Filing No. 33). The Defendant requests a continuance until August 12, 2009. The Court finds the Defendant's motion should be granted.

ACCORDINGLY,

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time (Filing No. 37) is granted;

2. The Defendant shall file its responsive brief on or before August 12, 2009; and

3. The Plaintiff's Motion for Attorneys' Fees will be ripe for decision on August 13, 2009.

DATED this 13th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge